COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| IN RE | | No. 08-16-00315-CV |
| | § | |
| VISTACON, INC. GENERAL | | AN ORIGINAL PROCEEDING |
| CONTRACTORS AND BASILIO | § | |
| SILVA, | | IN MANDAMUS |
| | § | |
| RELATORS | | |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Luis Aguilar, Judge of the 243rd District Court of El Paso County, Texas, and concludes that Relators' petition for writ of mandamus and should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 27TH DAY OF JANUARY, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.